# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81585  C-13D |
| Robert E. Noone, Jr. | ) | |
| Sarah H. Noone | ) | |
| | ) | |
| Debtor | ) | |

## ORDER GRANTING DEBTORS' MOTION TO COMPEL
## PRODUCTION OF DOCUMENTS FROM RBC BANK

On June 2, 2011, a hearing was held on the Debtors' Motion to Compel Production of Documents from RBC Bank pursuant to 12 U.S.C. §2605(e) and for sanctions. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Richard M. Hutson II, Standing Trustee appeared; and, no other party appeared or objected to the Debtors' Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that RBC Bank has failed to timely and properly respond to the Debtors' Qualified Written Request of January 24, 2011, and that the Motion should be granted; therefore, it is

ORDERED that RBC Bank shall remit to the Debtors the requested information as required by The Real Estate Settlement Procedures Act (RESPA) on or before the close of business on June 30, 2011.

**PARTIES IN INTEREST**
Page 1 of 1
10-81585 C-13D

Robert E. Noone, Jr.
Sarah H. Noone
6517 Reeves Dr.
Sanford, NC  27332

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

RBC Bank
Attn:  Managing Agent
PO Box 2155
Rocky Mt., NC  28303